# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

SAMUEL COX,

                          Plaintiff,

v.

COMMISSIONER DEPARTMENT OF
HUMAN SERVICES; MSOP
ADMINISTRATION(S); BEU STAFF;
BEU HEARING OFFICERS; AMANDA
SJOBERG; JUSTIN L. JOSLIN; BRYCE
BREKKE; SECURITY COUNSELOR;
PHIL OLSON; and CHARLES FAI,

                          Defendants.

Case No. 26-cv-1984 (LMP/EMB)

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

This matter is before the Court on the April 9, 2026 Report and Recommendation ("R&R") of United States Magistrate Judge Elsa M. Bullard which recommends denying Plaintiff Samuel Cox's motion for appointment of counsel and dismissing this action without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).  *See* ECF No. 9.  No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Discerning no clear error, the Court adopts the R&R in full.

## ORDER

Based upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

    1.      The R&R (ECF No. 9) is **ADOPTED IN FULL**;

2. Cox's Motion for Appointment of Counsel (ECF No. 4) is **DENIED**;

3. The complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

4. Cox's Application to Proceed in District Court Without Prepayment of Fees or Costs (ECF No. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 1, 2026                    *s/Laura M. Provinzino*
                                       Laura M. Provinzino
                                       United States District Judge